UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELHAN RADONCIC,

                            Plaintiff,                        **24 Civ. No. 6390 (RA) (GS)**

      -against-

                                                      **VIDEO STATUS**
PARKSIDE REALTY GROUP LLC, *et al.*,                   **CONFERENCE ORDER**

                            Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on Wednesday, March 12, 2025 **at 10:00 a.m.** Counsel are directed to submit a joint status letter no later than Monday, March 10, 2025 advising the court as to the status of this matter. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [266 723 387 209]  Passcode: [gW2g79ea]**

      **SO ORDERED.**

DATED:      New York, New York
                 February 26, 2025

                                                                                The Honorable Gary Stein
                                                                                United States Magistrate Judge