

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

March 31, 2025

Via ECF:
Honorable Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Radoncic v. Parkside Realty*
      Civil Docket No.: 24-cv-6390

Dear Judge Stein:

Our office represents Defendants in the above referenced matter, and we submit this letter jointly with counsel for Plaintiff to respectfully request an extension of the deadline to file a motion for settlement approval in this matter. The current deadline is today March 31, 2025. Defendant Abrishamian is currently traveling as his mother recently passed away. In light of this, Defendants need an additional week to sign the settlement agreement. Therefore, the parties respectfully request one week from today, or by April 7, 2024, to file the motion for settlement approval in this matter. If this request is granted, it will not affect any other deadlines in this matter.

We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

/s/KatelynSchillaci
Katelyn Schillaci, Esq.

CC (via ECF):
*Counsel for Plaintiff*

---

Application granted. The parties' time to submit their motion and supporting papers for settlement approval is hereby extended to Monday, April 7, 2025.

Date:   April 1, 2025
        New York, NY

**SO ORDERED:**

*/s/ Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE